```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| EDWARD JACKSON, | 1:21-cv-9721 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER APPOINTING COUNSEL, 18 U.S.C. § 3006A** |
| v. | |
| LAMINE N'DIAYE, | |
| Respondent. | |

**APPEARANCES**:

Edward Jackson
68809-066
Fairton Satellite Camp
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

   *Petitioner Pro se*

Phillip R. Sellinger, United States Attorney
Peter Gregory Vizcarrondo, Assistant United States Attorney
Office of the U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101

   *Counsel for Respondent*

**HILLMAN**, District Judge

   WHEREAS, Petitioner Edward Jackson filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging a prison disciplinary hearing conducted at FCI Fort Dix, ECF No. 1; and

   WHEREAS, upon review of the submissions of the parties and

record, the Court concludes there are factual disputes requiring the Court to conduct a hearing; and

WHEREAS, specifically, the Court will hear testimony and take evidence on: (1) whether Petitioner presented a list of potential witnesses to prison officials; (2) whether the Disciplinary Hearing Office considered the list; (3) if the Disciplinary Hearing Officer considered the list, was the list rejected and for what reason; and (4) what Petitioner's potential witnesses would have said; and

WHEREAS, the Court is required to appoint counsel to represent Petitioner at an evidentiary hearing, 28 U.S.C. § 2254 Rule 8(c) (made applicable by Rule 1(b)).  See also 18 U.S.C. § 3006A; and

WHEREAS, Petitioner also moves for "An Order Granting the Petitioner Civil Action."  ECF No. 13.  The Court will deny this motion without prejudice,

THEREFORE, IT IS on this ___29th___ day of __March__, 2023

ORDERED that Petitioner's motion for "An Order Granting the Petitioner Civil Action," ECF No. 13, be, and the same hereby is, DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the Court appoints counsel to represent Petitioner in all further proceedings in this matter before this Court, 18 U.S.C. § 3006A; and it is further

ORDERED that the Clerk of the Court shall identify an

attorney from the CJA list for appointment; and it is further

    ORDERED that appointed counsel shall file a report with the Court within 45 days of their appointment setting forth the status of their readiness for a hearing; and it is finally

    ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey            s/ Noel L. Hillman
                                          NOEL L. HILLMAN, U.S.D.J.